UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: )
)
    MARTY R. JOHNSON ) Case No: 6:19-bk-05926-LVV
    RICHELLE DAWN JOHNSON ) Chapter 7
)
        Debtor(s) )

## REPORT OF SALE OF PROPERTY OF ESTATE

Robert E. Thomas, Trustee of the above captioned debtor estate hereby files this report of sale of property of estate and shows:

1. Property of the estate includes a 2008 Ford Expedition and 2015 Freedom Trailer (the "Property").

2. On November 15, 2019, the Trustee filed a Notice Of Trustee's Intention To Sell this Property (Document No. 12) to MARTY R. JOHNSON and RICHELLE DAWN JOHNSON, the Debtors, for $3,870.00 in a lump sum payment.

3. The Trustee included in the Notice of Intent to Sell his willingness to accept higher bids for the property. No such bids were received.

4. The sale has been completed as indicated in the Notice of Sale.

DATED: July 30, 2020

        /s/ Robert E. Thomas
        Robert E. Thomas
        Trustee
        Post Office Box 5075
        Winter Park, FL 32793-5075
        Phone: (407) 677-5651
        Facsimile: (407) 677-0675
        Florida Bar Number 120545

Copies to:
U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801