# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In Re: § <br> § <br> JOHNSON, MARTY R. § <br> JOHNSON, RICHELLE DAWN § <br> § <br> Debtors § | Case No. 19-05926 LVV |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT E. THOMAS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 55,362.50 <br> *(Without deducting any secured claims)* | Assets Exempt: 489,322.78 |
| Total Distributions to Claimants: 10,543.40 | Claims Discharged <br> Without Payment: 546,669.30 |
| Total Expenses of Administration: 2,250.60 | |

3) Total gross receipts of $ 16,618.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,824.00 (see **Exhibit 2**), yielded net receipts of $ 12,794.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 252,570.00 | $ 58,851.89 | $ 58,851.89 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,252.10 | 2,252.10 | 2,250.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 443,361.80 | 335,571.97 | 335,571.97 | 10,543.40 |
| **TOTAL DISBURSEMENTS** | $ 695,931.80 | $ 396,675.96 | $ 396,675.96 | $ 12,794.00 |

4) This case was originally filed under chapter 7 on 09/11/2019. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/30/2020          By:/s/ROBERT E. THOMAS, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FORD EXPEDITION KING RANCH 5.4L 2008 (VIN # 1FMFU1 | 1129-000 | 2,270.00 |
| 2015 TRAILER COUNTRY ENCLOSED UTILITY TRAILER (VIN | 1129-000 | 1,600.00 |
| Income Tax Refund | 1224-000 | 12,748.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 16,618.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARTY JOHNSON | Exemptions | 8100-002 | 3,824.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,824.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Bankruptcy NC4-105-03-14 Pob 26012 Greensboro, NC 27420 | | 59,416.00 | NA | NA | 0.00 |
| | Chase Auto Finance Attn: Bankruptcy PO Box 901076 Fort Worth, TX 76101 | | 4,445.00 | NA | NA | 0.00 |
| | Regions Bank Attn: Bankruptcy Po Box 10063 Birmingham, AL 35202 | | 188,709.00 | NA | NA | 0.00 |
| 000018 | BANK OF AMERICA, N.A. | 4210-000 | NA | 58,851.89 | 58,851.89 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 252,570.00 | $ 58,851.89 | $ 58,851.89 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT E. THOMAS, TRUSTEE | 2100-000 | NA | 2,029.40 | 2,029.40 | 2,029.40 |
| TRUSTEE EXPENSES:ROBERT E. THOMAS, TRUSTEE | 2200-000 | NA | 219.70 | 219.70 | 219.70 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 1.50 | 1.50 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 1.50 | 1.50 | 1.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,252.10 | $ 2,252.10 | $ 2,250.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 4909 Savarese Circle Fl1-908-01-50 Tampa, FL 33634 | | 1.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Correspondence PO Box 8801 Wilmington, DE 19899 | | 13,973.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Correspondence PO Box 8801 Wilmington, DE 19899 | | 8,789.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy PO Box 60599 City of Industry, CA 91716-0599 | | 5,273.66 | NA | NA | 0.00 |
| | Capital One/Best Buy Attn: Bankruptcy PO Box 30285 Salt Lake City, UT 84130 | | 570.12 | NA | NA | 0.00 |
| | Chase Card Services Attn: Bankruptcy PO Box 15298 Wilmington, DE 19850 | | 3,554.00 | NA | NA | 0.00 |
| | Credit Control LLC 5757 Phantom Drive Suite 330 Hazelwood, MO 63042 | | 12,936.46 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Global Credit & Collection 5440 N Cumberland Avenue Suite 300 Chicago, IL 60656-1490 | | 37,181.45 | NA | NA | 0.00 |
| | Hydrus Property Management 3465 Avalon Park East Blvd Suite 1 #245 Orlando, FL 32828 | | 1.00 | NA | NA | 0.00 |
| | J&J Security Services 2922 Howland Blvd Deltona, FL 32725 | | 1.00 | NA | NA | 0.00 |
| | Midland Credit Management PO Box 301030 Los Angeles, CA 90030-1030 | | 4,532.91 | NA | NA | 0.00 |
| | Nelnet Loans Attn: Bankruptcy Claims PO Box 82505 Lincoln, NE 68501 | | 1,056.00 | NA | NA | 0.00 |
| | Nelnet Loans Attn: Bankruptcy Claims PO Box 82505 Lincoln, NE 68501 | | 672.00 | NA | NA | 0.00 |
| | Pentagon FCU Attn: Bankruptcy PO Box 1432 Alexandria, VA 22313 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pentagon Fcu Attn: Bankruptcy Po Box 1432 Alexandria, VA 22313 | | 1.00 | NA | NA | 0.00 |
| | Pentagon Fcu Attn: Bankruptcy Po Box 1432 Alexandria, VA 22313 | | 1.00 | NA | NA | 0.00 |
| | Pentagon Fcu Attn: Bankruptcy Po Box 1432 Alexandria, VA 22313 | | 1.00 | NA | NA | 0.00 |
| | Pentagon Federal Credit Attn: Bankruptcy PO Box 1432 Alexandria, VA 22313 | | 1.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy 120 Corporate Blvd Norfold, VA 23502 | | 40,809.00 | NA | NA | 0.00 |
| | Prosper Funding LLC 221 Main Street Suite 300 San Francisco, CA 94105 | | 8,546.00 | NA | NA | 0.00 |
| | Prosper Funding LLC 221 Main Street Suite 300 San Francisco, CA 94105 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Regions Bank Attn: Bankruptcy PO Box 10063 Birmingham, AL 35202 | | 27,644.00 | NA | NA | 0.00 |
| | Regions Bank Attn: Bankruptcy Po Box 10063 Birmingham, AL 35202 | | 1.00 | NA | NA | 0.00 |
| | Regions Bankcard Attn: Bankruptcy PO Box 830590 Birmingham, AL 35288 | | 7,663.00 | NA | NA | 0.00 |
| | Regions Bankcard Attn: Bankruptcy PO Box 830590 Birmingham, AL 35288 | | 4,533.00 | NA | NA | 0.00 |
| | Security Credit Services Attn: Bankruptcy PO Box 1156 Oxford, MS 38655 | | 25,801.00 | NA | NA | 0.00 |
| | Sequium Asset Solutions LLC 1130 Northchase Parkway Suite 150 Marietta, GA 30067 | | 7,663.13 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sofi Lending Corp Attn: Bankruptcy 375 Healdsburg Avenue Suite 280 Healdsburg, CA 95448 | | 1.00 | NA | NA | 0.00 |
| | Sofi Lending Corp Attn: Bankruptcy 375 Healdsburg Avenue Suite 280 Healdsburg, CA 95448 | | 1.00 | NA | NA | 0.00 |
| | U.S. Bancorp Attn: Bankruptcy 800 Nicollet Mall Minneapolis, MN 55402 | | 10,430.00 | NA | NA | 0.00 |
| | Worldpay/Town North Bank 4455 LBJ Freeway Dallas, TX 75244 | | 1.00 | NA | NA | 0.00 |
| 000007 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 1,289.00 | 1,289.59 | 1,289.59 | 40.52 |
| 000008 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 1,849.00 | 1,849.35 | 1,849.35 | 58.11 |
| 000012 | ATLAS ACQUISITIONS LLC | 7100-000 | 11,572.66 | 25,801.00 | 25,801.00 | 810.65 |
| 000013 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 17,633.15 | 17,633.15 | 554.02 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 11,092.37 | 11,092.37 | 348.51 |
| 000023 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 8,300.25 | 8,300.25 | 260.79 |
| 000024 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 7,971.19 | 7,971.19 | 250.45 |
| 000025 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 3,446.10 | 3,446.10 | 108.27 |
| 000005 | BANK OF AMERICA, N.A. | 7100-000 | 6,111.00 | 6,111.67 | 6,111.67 | 192.02 |
| 000006 | BANK OF AMERICA, N.A. | 7100-000 | 38,944.00 | 38,944.00 | 38,944.00 | 1,223.59 |
| 000017 | BANK OF AMERICA, N.A. | 7100-000 | NA | 10,798.00 | 10,798.00 | 339.26 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 15,180.00 | 15,180.50 | 15,180.50 | 476.96 |
| 000019 | CITIBANK, N.A. | 7100-000 | 11,707.38 | 11,707.38 | 11,707.38 | 367.84 |
| 000020 | CITIBANK, N.A. | 7100-000 | 24,161.00 | 25,863.24 | 25,863.24 | 812.60 |
| 000021 | CITIBANK, N.A. | 7100-000 | 5,797.00 | 5,797.69 | 5,797.69 | 182.16 |
| 000022 | CITIBANK, N.A. | 7100-000 | 886.00 | 941.62 | 941.62 | 29.58 |
| 000001 | DISCOVER BANK | 7100-000 | 29,716.00 | 29,716.88 | 29,716.88 | 933.68 |
| 000002 | DISCOVER BANK | 7100-000 | 16,989.00 | 16,989.21 | 16,989.21 | 533.79 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 5,754.00 | 5,754.10 | 5,754.10 | 180.79 |
| 000010 | LVNV FUNDING, LLC | 7100-000 | 30,297.00 | 31,397.51 | 31,397.51 | 986.48 |
| 000011 | LVNV FUNDING, LLC | 7100-000 | NA | 38,514.42 | 38,514.42 | 1,210.09 |
| 000015 | SYNCHRONY BANK | 7100-000 | 5,854.00 | 5,854.43 | 5,854.43 | 183.94 |
| 000016 | SYNCHRONY BANK | 7100-000 | 5,369.00 | 5,369.49 | 5,369.49 | 168.71 |
| 000004 | U.S. BANK NA DBA ELAN FINANCIAL SER | 7100-000 | 10,245.03 | 9,248.83 | 9,248.83 | 290.59 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 443,361.80 | $ 335,571.97 | $ 335,571.97 | $ 10,543.40 |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 19-05926 | LVV | Judge: LORI V VAUGHAN | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Case Name: | JOHNSON, MARTY R. | | | Date Filed (f) or Converted (c): | 09/11/19 (f) |
| | JOHNSON, RICHELLE DAWN | | | 341(a) Meeting Date: | 10/22/19 |
| For Period Ending: | 12/30/20 | | | Claims Bar Date: | 11/20/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5119 MOORE STREETSAINT CLOUD FL 34771-0000, SINGL | 280,000.00 | 0.00 | | 0.00 | FA |
| 2. 2015 THOR MOTOR COACH M-34F FORD (VIN # 1F66F5DY9F | 55,000.00 | 0.00 | | 0.00 | FA |
| 3. FORD EXPEDITION KING RANCH 5.4L 2008 (VIN # 1FMFU1 | 7,925.00 | 2,270.00 | | 2,270.00 | FA |
| 4. 2006 AUDI A6 SEDAN 4D 3.2 AWD 3.2L (VIN # WAUDH74F | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. 2015 TRAILER COUNTRY ENCLOSED UTILITY TRAILER (VIN | 2,000.00 | 1,600.00 | | 1,600.00 | FA |
| 6. WASHER/DRYER, COOKING UTENSILS, COOKWARE, LIVING R | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. (4) TV'S, DVD PLAYER, LG SOUND BAR, DESKTOP COMPUT | 600.00 | 0.00 | | 0.00 | FA |
| 8. PERSONAL CLOTHING LOCATION: 5119 MOORE STREET, SAI | 200.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING RINGS LOCATION: 5119 MOORE STREET, SAINT C | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. 22" TORO LAWNMOWER, 42" TRACTOR, WEEDEATER LOCATIO | 100.00 | 0.00 | | 0.00 | FA |
| 11. CHASE BANK - 4798 | 30.00 | 0.00 | | 0.00 | FA |
| 12. CHASE BANK - 3032 | 350.00 | 0.00 | | 0.00 | FA |
| 13. TRUSTCO BANK - 5187 | 700.00 | 0.00 | | 0.00 | FA |
| 14. E*TRADE - 1398 | 2.06 | 0.00 | | 0.00 | FA |
| 15. E*TRADE | 222.26 | 0.00 | | 0.00 | FA |
| 16. DREAM TEAM CARE PROGRAM INCREGIONS BANK ACCOUNT # | 0.00 | 0.00 | | 0.00 | FA |
| 17. DREAM TEAM INSURANCE, LLCREGIONS BANK ACCOUNT # 03 | 0.00 | 0.00 | | 0.00 | FA |
| 18. ORLANDO HEALTH | 78,108.99 | 0.00 | | 0.00 | FA |
| 19. ORLANDO HEALTH | 105,664.41 | 0.00 | | 0.00 | FA |
| 20. SSGA PROMISE 529 | 2,274.80 | 0.00 | | 0.00 | FA |
| 21. FLORIDA PREPAID COLLEGE SAVINGS PLAN | 12,475.48 | 0.00 | | 0.00 | FA |
| 22. UPC HOMEOWNERS INSURANCE, BENEFICIARY: DEBTORS | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.02g

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

Exhibit 8

| Case No: | 19-05926 LVV   Judge: LORI V VAUGHAN | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | JOHNSON, MARTY R. | Date Filed (f) or Converted (c): | 09/11/19 (f) |
| | JOHNSON, RICHELLE DAWN | 341(a) Meeting Date: | 10/22/19 |
| | | Claims Bar Date: | 11/20/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. GROUP UNIVERSAL LIFE $50,000 POLICY CASH SURRENDER | 133.28 | 0.00 | | 0.00 | FA |
| 24. MIDLAND NATIONAL LIFE INSURANCE UNIVERSAL LIFE POL | 0.00 | 0.00 | | 0.00 | FA |
| 25. MIDLAND NATIONAL LIFE INSURANCE UNIVERSAL LIFE POL | 0.00 | 0.00 | | 0.00 | FA |
| 26. MIDLAND NATIONAL LIFE INSURANCETERM LIFE POLICY $2 | 0.00 | 0.00 | | 0.00 | FA |
| 27. PERSONAL INJURY - AT FAULT DRIVER HAD NO INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 28. Income Tax Refund (u) | 0.00 | 8,924.00 | | 12,748.00 | FA |

TOTALS (Excluding Unknown Values)   $549,786.28   $12,794.00   $16,618.00   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTORS PURCHASED EQUITY IN 2008 FORD EXPEDITION AND A 2015 TRAILER FOR $3,870.00 IN A LUMP SUM PAYMENT

CLAIMS REVIEWED

TRUSTEE RECOVERED 2019 TAX REFUND IN THE AMOUNT OF $12,748.00.  EXEMPT AMOUNT OF $3,824.00 RETURNED TO DEBTOR.  NON EXEMPT PORTION OF TAX REFUND IN THE AMOUNT OF $8,924.00 ADMINISTERED FOR THE BENEFIT OF CREDITORS.

FINAL REPORT OF ESTATE SUBMITTED TO US TRUSTEE'S OFFICE JULY 31, 2020

RE PROP# 28---TRUSTEE RECOVERED 2019 TAX REFUND IN THE AMOUNT OF $12,748.00.  EXEMPT AMOUNT OF $3,824.00 RETURNED TO DEBTOR.  NON EXEMPT PORTION OF TAX REFUND IN THE AMOUNT OF $8,924.00 ADMINISTERED FOR THE BENEFIT OF CREDITORS.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 19-05926    LVV    Judge: LORI V VAUGHAN | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Case Name: | JOHNSON, MARTY R. | Date Filed (f) or Converted (c): | 09/11/19 (f) |
| | JOHNSON, RICHELLE DAWN | 341(a) Meeting Date: | 10/22/19 |
| | | Claims Bar Date: | 11/20/19 |

Initial Projected Date of Final Report (TFR): 07/30/19    Current Projected Date of Final Report (TFR): 07/30/20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 19-05926 -LVV | | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JOHNSON, MARTY R. | | Bank Name: | Axos Bank |
| | JOHNSON, RICHELLE DAWN | | Account Number / CD #: | *******0814 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3588 | | | |
| For Period Ending: | 12/30/20 | | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/19 | 3, 5 | MARTY JOHNSON | BUYBACK PAYMENT | 1129-000 | 3,870.00 | | 3,870.00 |
| 03/05/20 | | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 1.50 | 3,868.50 |
| 06/22/20 | 28 | US TREASURY | TAX REFUND | 1224-000 | 12,748.00 | | 16,616.50 |
| 07/02/20 | 000401 | MARTY JOHNSON<br>RICHELLE JOHNSON<br>5119 MOORE STREET<br>ST CLOUD, FL 34771 | EXEMPTION CLAIMED BY DEBTOR | 8100-002 | | 3,824.00 | 12,792.50 |
| 09/03/20 | 000402 | ROBERT E. THOMAS, TRUSTEE<br>P.O. BOX 5075<br>Winter Park, FL 32793-5075 | Chapter 7 Compensation/Fees | 2100-000 | | 2,029.40 | 10,763.10 |
| 09/03/20 | 000403 | ROBERT E. THOMAS, TRUSTEE<br>P.O. BOX 5075<br>Winter Park, FL 32793-5075 | Chapter 7 Expenses | 2200-000 | | 219.70 | 10,543.40 |
| 09/03/20 | 000404 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 3.14192%<br>Final Distribution<br>ACCOUNT NUMBER 2579 | 7100-000 | | 933.68 | 9,609.72 |
| 09/03/20 | 000405 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 3.14194%<br>Final Distribution<br>ACCOUNT NUMBER 1958 | 7100-000 | | 533.79 | 9,075.93 |
| 09/03/20 | 000406 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 3.14193%<br>Final Distribution<br>ACCOUNT NUMBER 9143 | 7100-000 | | 476.96 | 8,598.97 |
| 09/03/20 | 000407 | U.S. Bank NA dba Elan Financial Services | Claim 000004, Payment 3.14191% | 7100-000 | | 290.59 | 8,308.38 |

Page Subtotals         16,618.00    8,309.62

Ver: 22.02g

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 19-05926 -LVV | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | JOHNSON, MARTY R. | Bank Name: | Axos Bank |
| | JOHNSON, RICHELLE DAWN | Account Number / CD #: | *******0814 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3588 | | |
| For Period Ending: | 12/30/20 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bankruptcy Department<br>PO Box 5227<br>CINCINNATI, OH 45201-5227 | Final Distribution<br>ACCOUNT NUMBER 0224<br><br>ELNCRD1905926FLM23600224 | | | | |
| 09/03/20 | 000408 | Bank of America, N.A.<br>P O Box 15102<br>Wilmington, DE 19886-5102 | Claim 000005, Payment 3.14186%<br>Final Distribution<br>ACCOUNT NUMBER 8538 | 7100-000 | | 192.02 | 8,116.36 |
| 09/03/20 | 000409 | Bank of America, N.A.<br>P O Box 15102<br>WILMINGTON, DE 19886-5102 | Claim 000006, Payment 3.14192%<br>Final Distribution<br>ACCOUNT NUMBER 7987 | 7100-000 | | 1,223.59 | 6,892.77 |
| 09/03/20 | 000410 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 3.14208%<br>Final Distribution<br>ACCOUNT NUMBER 2001 | 7100-000 | | 40.52 | 6,852.25 |
| 09/03/20 | 000411 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000008, Payment 3.14219%<br>Final Distribution<br>ACCOUNT NUMBER 1001 | 7100-000 | | 58.11 | 6,794.14 |
| 09/03/20 | 000412 | JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Claim 000009, Payment 3.14193%<br>Final Distribution<br>ACCOUNT NUMBER 7681 | 7100-000 | | 180.79 | 6,613.35 |
| 09/03/20 | 000413 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000010, Payment 3.14191%<br>Final Distribution<br>ACCOUNT NUMBER 1114 | 7100-000 | | 986.48 | 5,626.87 |
| 09/03/20 | 000414 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000011, Payment 3.14191%<br>Final Distribution<br>ACCOUNT NUMBER 3128 | 7100-000 | | 1,210.09 | 4,416.78 |
| 09/03/20 | 000415 | Atlas Acquisitions LLC | Claim 000012, Payment 3.14193% | 7100-000 | | 810.65 | 3,606.13 |

Page Subtotals    0.00    4,702.25

Ver: 22.02g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 19-05926 -LVV | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | JOHNSON, MARTY R. | Bank Name: | Axos Bank |
|  | JOHNSON, RICHELLE DAWN | Account Number / CD #: | *******0814 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3588 |  |  |
| For Period Ending: | 12/30/20 | Blanket Bond (per case limit): | $ 21,701,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 294 Union St. Hackensack, NJ 07601 | Final Distribution ACCOUNT NUMBER 5120 PENTAGON FED CU SECURITY CREDIT SERVICES |  |  |  |  |
| 09/03/20 | 000416 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Claim 000013, Payment 3.14192% Final Distribution ACCOUNT NUMBER 5381 PENTAGON FED CU | 7100-000 |  | 554.02 | 3,052.11 |
| 09/03/20 | 000417 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Claim 000014, Payment 3.14189% Final Distribution ACCOUNT NUMBER 8812 PENTAGON FED CU AUTO DEFICIENCY | 7100-000 |  | 348.51 | 2,703.60 |
| 09/03/20 | 000418 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41031 Norfolk VA 23541 | Claim 000015, Payment 3.14189% Final Distribution ACCOUNT NUMBER 4044 CareCredit or GEMB or GECRB | 7100-000 |  | 183.94 | 2,519.66 |
| 09/03/20 | 000419 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41031 Norfolk VA 23541 | Claim 000016, Payment 3.14201% Final Distribution ACCOUNT NUMBER 5380 Marvel Mastercard or GEMB or GECRB | 7100-000 |  | 168.71 | 2,350.95 |
| 09/03/20 | 000420 | Bank of America, N.A. P O Box 15102 WILMINGTON, DE 19886-5102 | Claim 000017, Payment 3.14188% Final Distribution ACCOUNT NUMBER 7884 BUSINESS LENDING CREDIT CARD | 7100-000 |  | 339.26 | 2,011.69 |
| 09/03/20 | 000421 | Citibank, N.A. 6716 GRADE LN BLD 9 STE 910-PY DEPT | Claim 000019, Payment 3.14195% Final Distribution ACCOUNT NUMBER 8227 Money Loaned | 7100-000 |  | 367.84 | 1,643.85 |

Page Subtotals    0.00    1,962.28

Ver: 22.02g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 19-05926 -LVV | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | JOHNSON, MARTY R.<br>JOHNSON, RICHELLE DAWN | Bank Name:<br>Account Number / CD #: | Axos Bank<br>*******0814 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3588 | | |
| For Period Ending: | 12/30/20 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/03/20 | 000422 | LOUISVILLE, KY 40213-3439<br>Citibank, N.A.<br>6716 GRADE LN<br>BLD 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Claim 000020, Payment 3.14191%<br>Final Distribution<br>ACCOUNT NUMBER  4524   LOAN CITI MASTER CARD | 7100-000 | | 812.60 | 831.25 |
| 09/03/20 | 000423 | Citibank, N.A.<br>6716 GRADE LN<br>BLD 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Claim 000021, Payment 3.14194%<br>Final Distribution<br>ACCOUNT NUMBER  8858  CITI MASTER CARD | 7100-000 | | 182.16 | 649.09 |
| 09/03/20 | 000424 | Citibank, N.A.<br>6716 GRADE LN<br>BLD 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Claim 000022, Payment 3.14139%<br>Final Distribution<br>ACCOUNT NUMBER  3899  LOAN  CITI MASTER CARD | 7100-000 | | 29.58 | 619.51 |
| 09/03/20 | 000425 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000023, Payment 3.14195%<br>Final Distribution<br>ACCOUNT NUMBER  2819  PENTAGON FCU AUTO DEFICIENCY | 7100-000 | | 260.79 | 358.72 |
| 09/03/20 | 000426 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000024, Payment 3.14194%<br>Final Distribution<br>ACCOUNT NUMBER  5816  PENTAGON FCU AUTO DEFICIENCY | 7100-000 | | 250.45 | 108.27 |
| 09/03/20 | 000427 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000025, Payment 3.14181%<br>Final Distribution<br>ACCOUNT NUMBER  5817  AUTO DEFICIENCY | 7100-000 | | 108.27 | 0.00 |

Page Subtotals       0.00       1,643.85

Ver: 22.02g

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 19)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 19-05926 -LVV | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | JOHNSON, MARTY R. | Bank Name: | Axos Bank |
| | JOHNSON, RICHELLE DAWN | Account Number / CD #: | *******0814 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3588 | | |
| For Period Ending: | 12/30/20 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 16,618.00 | 16,618.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 16,618.00 | 16,618.00 | |
| Less: Payments to Debtors | | 3,824.00 | |
| Net | 16,618.00 | 12,794.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0814 | 16,618.00 | 12,794.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 16,618.00 | 12,794.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 22.02g